UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166

**Order Filed on September 11, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Edith Tobia

| | |
|---|---|
| Case No.: | 18-13338 |
| Chapter: | 13 |
| Judge: | Michael B. Kaplan |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____March 29, 2018_____ :

Property:    230 Princeton Ave. Brick, NJ _____

Creditor:    Santander Bank _____

and a Request for

☒   Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

☐   Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/31/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*