UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166

Order Filed on March 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edith Tobia

Case No.:    18-13338

Chapter:    13

Judge:    Michael B. Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __September 11, 2018__ :

Property: _230 Princeton Ave. Brick, NJ_____

Creditor: _Santander Bank_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __the Debtor__, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____June 30, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Edith F. Tobia  
    Debtor

Case No. 18-13338-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 12, 2019  
                             Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.  
db           Edith F. Tobia,    230 Princeton Ave,    Brick, NJ    08724-4373

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:  
        Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Albert    Russo     docs@russotrustee.com  
        Denise E. Carlon     on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg     on behalf of Loss Mitigation    Santander Bank cmecf@sternlav.com  
        Kevin Gordon McDonald     on behalf of Creditor    Bayview Loan Servicing, LLC  
         kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Loren L. Speziale     on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,  
         jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com  
        Marc C Capone     on behalf of Debtor Edith F. Tobia 5325@notices.nextchapterbk.com,  
         docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 8