UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on February 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edith F. Tobia

Case No.: 18-13338

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 13, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc C. Capone, Esq._____, the applicant, is allowed a fee of $ ____900.00____ for services rendered and expenses in the amount of $____0____ for a total of $____900.00____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____222.00____ per month for ____37____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Edith F. Tobia  
    Debtor

Case No. 18-13338-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 14, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2020.  
db        Edith F. Tobia,   230 Princeton Ave,   Brick, NJ  08724-4373

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2020 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg    on behalf of Loss Mitigation   Santander Bank cmecf@sternlav.com  
        Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC  
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Loren L. Speziale    on behalf of Creditor   Santander Bank, N.A. lspeziale@grossmcginley.com,  
         jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com  
        Marc C Capone    on behalf of Debtor Edith F. Tobia mcapone@gbclawgroup.com,  
         docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                               TOTAL: 8