| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of New Jersey | **Order Filed on June 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888 | |
| Standing Chapter 13 Trustee | Case No.:  18-13338 MBK |
| In Re: | Hearing Date: 5/19/20 |
| EDITH F. TOBIA | Judge:  Michael B. Kaplan |
| | Chapter 13 |
| Debtor(s) | |

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED.**

**DATED: June 1, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $ 4,986.00  paid to date

- Debtor(s) shall remit $222.00 per month to the Trustee for 33  months beginning 6/1/20.

- Santander Bank, Claim #1-1 shall be marked paid to date in the amount of $414.39 and the balance of the pre-petition arrearage claim shall be paid outside the plan. Debtor is permitted to use loss mitigation portal and the creditor is free to seek stay relief.

- If the Debtor(s) fail to make regular payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Edith F. Tobia  
    Debtor

Case No. 18-13338-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 01, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.  
db          Edith F. Tobia,    230 Princeton Ave,    Brick, NJ    08724-4373

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:

         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Loss Mitigation    Santander Bank cmecf@sternlav.com  
         Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com  
         Marc C Capone    on behalf of Debtor Edith F. Tobia ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                     TOTAL: 8