Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−13338−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edith F. Tobia
   230 Princeton Ave
   Brick, NJ 08724−4373

Social Security No.:
   xxx−xx−2292

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 16, 2022
JAN: ldd

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Edith F. Tobia  
Debtor

Case No. 18-13338-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: May 16, 2022     Form ID: 148     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edith F. Tobia, 230 Princeton Ave, Brick, NJ 08724-4373 |
| cr | | Santander Bank, N.A., Gross McGinley, LLP, c/o Loren L Speziale, 33 South Seventh Street, PO Box 4060 Allentown, PA 18105-4060 |
| 517343291 | | Bayview Loan Servicing, Bankruptcy Dept., 4225 Ponce de Leon Blvd Fl 5, Miami, FL 33146-1826 |
| 517343292 | | Chase Mtg-Bayview Loan Service, PO Box 24696, Columbus, OH 43224-0696 |
| 517343293 | + | HMH-Ocean Medical Center, RMB, Inc., 409 Bearden Park Cir, Knoxville, TN 37919-7406 |
| 517343295 | | Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 517343296 | | Open MRI at Wall, 1975 State Route 34 Bldg D, Wall, NJ 07719-9751 |
| 517343298 | | Stern Lavinthal & Frankenberg, 105 Eisenhower Pkwy Ste 302, Roseland, NJ 07068-1640 |
| 519472314 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 519472315 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042 U.S. Bank Trust National Association 77042-4546 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 16 2022 20:38:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517495716 | + | EDI: LCIBAYLN | May 17 2022 00:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Fl Ste 301, Coral Gables, FL 33146-1873 |
| 518988492 | + | EDI: LCIBAYLN | May 17 2022 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518988491 | + | EDI: LCIBAYLN | May 17 2022 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 517374756 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 16 2022 20:38:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 517343294 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 16 2022 20:38:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 517343297 | | Email/Text: DeftBkr@santander.us | May 16 2022 20:38:00 | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 517371508 | + | Email/Text: DeftBkr@santander.us | | |

| | | | May 16 2022 20:38:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
|---|---|---|---|---|
| 517345199 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2022              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, informationathnk@aol.com |
| Jeanette F. Frankenberg | on behalf of Loss Mitigation Santander Bank cmecf@sternlav.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com |
| Marc C Capone | on behalf of Debtor Edith F. Tobia ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9